UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM NASH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION And HOLIDAY CVS, L.L.C.,<br><br>    Defendants. | C.A. No. 09-079-M |
| JEANETTE BELANGER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, and BETHEL CVS, INC.,<br><br>    Defendants. | |
| FRANK MEADOWS on behalf of himself and all other similarly situated employees,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION,<br>    Defendant. | |

RICHARD McFARLAND,
Individually and on Behalf of All Other
Persons Similarly Situated,

                Plaintiff,

v.

CVS CAREMARK CORPORATION,

                Defendant.

---

SANDRA JOHNSON, Individually and
on Behalf of All Other Persons
Similarly Situated,

                Plaintiff,

v.

CVS CAREMARK CORPORATION,

                Defendant.

---

KRISTY HENDERSON,
Individually and on Behalf of
Persons Similarly Situated,

                Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida limited liability company,
CVS CAREMARK CORPORATION,
a Delaware corporation,
d/b/a CVS/PHARMACY,
CVS PHARMACY, INC.,
a Rhode Island corporation,
d/b/a CVS/PHARMACY, and

| | |
|---|---|
| XYZ ENTITIES 1-1000, fictitious names of unknown liable entities,<br><br>                    Defendants. | |

| | |
|---|---|
| REINALDO CRUZ, BENJAMIN TETTEYFIO, ANTHONY MANNARINO, CHRISTOPHER TURKO, DONNA PETERS, DENISE RAMSEY, RAFIK MISSAK, and JEFF ANDERSEN, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>HOOK-SUPERX, L.L.C., CVS CAREMARK CORPORATION; CVS PHARMACY, INC.; CVS ALBANY, L.L.C.; NEW JERSEY CVS PHARMACY, L.L.C.; and MASSACHUSETTS CVS PHARMACY, L.L.C.,<br><br>                    Defendants. | |

| | |
|---|---|
| ELIZABETH DUCASSE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION and CVS ALBANY, L.L.C.,<br><br>                    Defendants. | |

3

| | |
|---|---|
| SHAWN GRIFFITH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, and MASSACHUSETTS CVS PHARMACY, L.L.C.,<br><br>                    Defendants. | |

| | |
|---|---|
| GARY S. OLSEN, Individually and on Behalf of All Other Persons Similarly Situated, as Class/Collective Representative,<br><br>                    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION,<br><br>                    Defendant. | |

| | |
|---|---|
| JAMES RENFRO, Individually and on Behalf of all Other Persons Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION and OHIO CVS PHARMACY, LLC,<br><br>                  Defendants. | |

## **ORDER**

This Court has received the Report and Recommendation of the Special Master in this case (ECF No. 164) concerning the distribution of attorney fees after the entry of a class settlement order (ECF No. 136 and 138). On November 2, 2012 the Court received a letter on behalf of all counsel informing the Court that all parties had reached an agreement concerning the distribution of Plaintiffs' attorney's fees and costs consistent with the terms set forth in the Report and Recommendation of the Special Master.

After a complete review of the Report & Recommendation of the Special Master and with the assent of all parties, the Court enters the following order:

1. This Court adopts the excellent Report and Recommendation of the Special Master, with the following clarification on page 25: Olsen counsel never, at any time, asked for an hourly fee of $4,720 per hour for any work performed in this case.

2. The settlement administrator is ordered to immediately distribute all attorney's fees and costs to the following representative individuals in the following amounts (including payment of the fees and costs of the Special Master pro-rated at 90% from non-Olsen counsel and 10% from Olsen counsel):

    a. to Seth Lesser, Esq. in the amount of $7,589,465.52 for the Non-Olsen counsel to be held in escrow by the law firm of Klafter, Olsen & Lesser, LLP until the three non-Olsen Lead Counsel agree on the distribution of this amount; and

    b. to Kathleen Chavez, Esq. in the amount of $820,409.48 for the Olsen counsel; and

    c. to Special Master Christopher E. Hultquist, Esq. (of Darrow, Everett, LLP, One Turks Head Place, Suite 1200, Providence, RI 02903) in the amount of $90,125.

SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

November 5, 2012